IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREA TREVINO, Individually; § <br> ROBERT TREVINO, Individually; and, § <br> DANIELLE MCCAULEY, Individually § <br> and as Representative of the Estate of § <br> ANTHONY MICHAEL TREVINO, § <br> and as Next Friend of § <br> L.L.T., § <br> § <br> PLAINTIFFS, § <br> § <br> vs. § <br> § <br> NAVAJO EXPRESS, INC.; § <br> NAVAJO SHIPPERS, INC.; and, § <br> ROSIE ADLYN TUCKER § <br> § <br> DEFENDANTS | Civil Action No. 3:15-CV-02305-N |

### SUPPLEMENTAL AGREED ORDER OF DISMISSAL WITH PREJUDICE CLARIFYING AND APPROVING SETTLEMENT OF MINOR

On January 29, 2016 the Court was informed that Plaintiffs and Defendants Navajo Express, Inc., Navajo Shippers, Inc. and Rosie Adlyn Tucker had resolved the matters in dispute between them and Plaintiffs had signed a Comprehensive Settlement Agreement, Discharge and Release, signed by all Plaintiffs collectively on January 15, 2016 and January 16, 2016. The Court was further informed that these parties and The Honorable Wayne Gordon, as Guardian Ad Litem, had agreed that the Court should enter an Order of Dismissal with Prejudice and Approving Settlement of Minor as to the claims of Plaintiffs against all Defendants in this matter. As such, an Order of Dismissal with Prejudice and Approving Settlement of Minor was signed by this Court on January 29th, 2016.

The agreement having been made known to the Court, the Court finds that the agreement to settle all claims, demands and causes of action herein involved is reasonable, fair, just and in the best interest of the minor child, L.L.T.  The Court approves of the periodic payments to be paid according to the terms and provisions set forth in the Comprehensive Settlement Agreement, Discharge and Release, signed by Plaintiffs collectively on January 15, 2016 and January 16, 2016.

**IT IS ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiffs' claims against Defendants Navajo Express, Inc., Navajo Shippers, Inc. and Rosie Adlyn Tucker are hereby dismissed with prejudice and the settlement of the minor is APPROVED and The Court approves of the periodic payments to be paid according to the terms and provisions set forth in the Comprehensive Settlement Agreement, Discharge and Release, signed by Plaintiffs collectively on January 15, 2016 and January 16, 2016.  Any and all relief sought and prayed for by anyone or more of the parties hereto which is not herein specifically granted, be and the same is hereby in all things denied.  All costs of Court are to be borne by the party incurring the same.

Signed this 27th day of April, 2016.

_____
David C. Godbey
United States District Judge

Agreed as to form:

*/s/ Darrell W. Calvin, Jr.*
Darrell W. Calvin, Jr.
The Calvin Law Firm, P.L.L.C
**Counsel for Plaintiffs**

*/s/ R. Wayne Gordon*
R. Wayne Gordon
Touchstone Bernays
**Guardian Ad Litem for L.L.T.**

*/s/ Clark S. Butler*
Clark S. Butler
The Miller Law Firm
**Counsel for Defendants**